UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL G. DEBOCK,<br><br>                      Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                      Defendant. | Case No. 3:12-cv-05508KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

      Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

      DATED this 14th day of June, 2012.

                                            Karen L. Strombom
                                            United States Magistrate Judge

ORDER - 1